# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LARRY MATHEWS, AMIR ALEXANDER BAHRAMI, and GREGORY WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> MAXIE PRICE CHEVROLET-OLDSMOBILE, INC., <br><br> Defendant. | CIVIL ACTION NO.: <br> 1:11-CV-04483-SCJ-AJB |

## NOTICE OF DEPOSITION OF MIKE SUMNER

TO:  Mike Sumner
     Home Address Redacted

PLEASE TAKE NOTICE that commencing on June 19, 2012, at 10:00 a.m., at the office of Greenfield Millican P.C., 44 Broad Street, N.W., Suite 607, Atlanta, GA 30303, and continuing from day to day until completed, Plaintiffs Larry Mathews, Amir Bahrami and Gregory Wilson will take the deposition upon oral examination of Mike Sumner ("Mr. Sumner"), pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the Local Rules of this Court, before a notary public or other officer duly authorized to administer oaths, and failure to

respond may subject Mr. Sumner to sanctions. The deposition will be stenographically recorded.

Respectfully submitted this 17th day of March, 2012.

By:   /s/ Lisa T. Millican
GREENFIELD MILLICAN P.C.
Lisa T. Millican
Georgia Bar No. 309046
607 The Grant Building
44 Broad Street, N.W.
Atlanta, Georgia 30303
(404) 522-1122 (telephone)
(404) 522-1133 (facsimile)
lisa.millican@lawofficepc.com

ATTORNEY FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| LARRY MATHEWS, AMIR ALEXANDER BAHRAMI, and GREGORY WILSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | **CIVIL ACTION NO.:** **1:11-CV-04483-SCJ-AJB** |
| v. | ) ) | |
| MAXIE PRICE CHEVROLET-OLDSMOBILE, INC., | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day, I electronically filed **NOTICE OF DEPOSITION OF MIKE SUMNER** with the Clerk of Court in the United States District Court, for the Northern District of Georgia, Atlanta Division, using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

B. Brent Terry
b.brent.terry@zurichna.com

The foregoing shall be served upon Mike Sumner, with subpoena, at his home address. Proof of service will thereafter be filed.

Respectfully submitted this 17th day of March, 2012.

By:    /s/ Lisa T. Millican
GREENFIELD MILLICAN P.C.
Lisa T. Millican
Georgia Bar No. 309046
607 The Grant Building
44 Broad Street, N.W.
Atlanta, Georgia 30303
(404) 522-1122 (telephone)
(404) 522-1133 (facsimile)
lisa.millican@lawofficepc.com

ATTORNEY FOR PLAINTIFFS